RECEIVED
IN LAKE CHARLES, LA

FEB 24 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:07-cr-20042 |
| VS. | : | JUDGE MINALDI |
| SHERRIE D. WOOD | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that defendant, Sherrie D. Wood, be held in contempt of court and, as punishment for that contempt, she is ordered to pay a fine of Five Hundred ($500.00) Dollars within one (1) year of the judgment of this court.

IT IS FURTHER ORDERED that the court order issued by Magistrate Judge Wilson on April 27, 2007 be rescinded. This court will enter a new order at the conclusion of this matter directing court appointed counsel at the termination of his representation of this defendant to submit to the court a statement of total time, cost of time, and expenses incurred in the representation of the defendant. At that time a judgment will be entered against the defendant for the total cost and expense of her representation (unless defendant chooses to pay that amount at that time), which judgment would serve as a lien against property owned by the defendant and which could be satisfied at some point in the future by liquidation of that asset.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24 day of February, 2010 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE